Elginia D'Alisera, as Administratrix, etc., Appellant, v. John J. Hearn Construction Company, Respondent.— Motion denied. Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.

In the Matter of the Final Judicial Settlement of the Accounts of George M. Clapp, etc., Respondent. Warren E. Clapp and Others, Appellants.— Motion denied, without costs, upon condition that within ten days appellants print and serve a case on appeal, place the same on the April calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs to the respondent trustee. Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.

In the Matter of the Application of Samuel Martin Field for Admission to the Bar.— Application granted. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

In the Matter of the Application of David A. Frank for Admission to the Bar.— Application granted. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

In the Matter of the Petition of James C. Grindrod, etc., for an Order Revoking and Canceling Liquor Tax Certificate No. 10,828, Issued to Joseph Kerwin, etc.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.

In the Matter of the Application of Joseph Aloysius Walsh for Reinstatement.— Application granted. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Julia W. Maddaus and Ingo Maddaus, Appellants, v. Eagle Savings and Loan Company, Respondent.— Motion granted, without costs. Thomas, Stapleton, Mills, Rich and Putnam, JJ., concurred.

Lillian McCloskey, an Infant, etc., Respondent, v. James J. Buckley, as Administrator, etc., and Another, Appellants.— Motion granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.

People's Coat, Apron and Towel Supply Company, Appellant, v. Harry Light and Samuel Cohen, Respondents.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ.

Helene Schneider, Appellant, v. Mary C. Crean and Others, Respondents.— Motion granted upon condition that within five days appellant execute and file a surety company bond in the sum of $1,500 to secure the payment of the judgment, interest, disbursements and expenses. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Theodore Baker and Others, Appellants, v. Emma H. Griffith and Charles E. Griffith, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Nicholas I. Clarkin, Appellant, v. The City of New York, Respondent. — The demurrer is sustained as to the second defense and the seventh partial defense on the authority of *McGrade* v. *City of New York* (126